Case 4:25-cv-06177   Document 21   Filed 02/02/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FRANCISCO DCOSTA,** § § § § | |
| Plaintiff, | |
| VS. § § § § § § § | CIVIL ACTION NO. 4:25-CV-06177 |
| **WARDEN OF THE IMMIGRATION DETENTION FACILITY,** *et al.*, | |
| Defendants. | |

## ORDER

Petitioner Francisco D'Costa filed the instant Petition for Habeas Corpus on December 20, 2025, challenging his removal under the Due Process Clause. *See* ECF No. 1. The same day, the Court issued an order temporarily enjoining Petitioner's removal pending a ruling on the merits of the habeas petition. *See* ECF No. 5. Despite this Order, Petitioner was removed from the United States on the afternoon of December 20. *See* ECF No. 7 (Advisory). On January 9, 2026, the Court granted in part Petitioner's Motion to Enforce (ECF No. 9) and ordered that Respondents facilitate Petitioner's return to the United States. *See* ECF No. 15. At a hearing on January 21, Respondents advised the Court that the facilitation of Petitioner's return was ongoing. *See* Minute Entry of January 21, 2026.

On January 30, 2026, Petitioner filed a Notice of Status Update, advising the Court that for a variety of reasons, Petitioner had elected not to pursue return to the United States via the Department of Homeland Security's facilitation at this time. *See* ECF No. 19.

In light of this Notice, the Court finds that the Petition for Habeas Corpus is moot. The Petition (ECF No. 1) is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 2, 2026.

Keith P. Ellison
United States District Judge